**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ANNMARIE AVILA, an individual; on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> RIEXINGER & ASSOCIATES, LLC, a Georgia Limited Liability Company; CROWN ASSET MANAGEMENT, LLC, a Georgia Limited Liability Company; STEPHEN P. RIEXINGER, an Individually and in His Official Capacity; and, JOHN AND JANE DOES NUMBERS 1 THROUGH 25, <br><br> Defendants. | CASE NO.: 1:13-cv-04349-RJD-LB <br><br><br> **NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Annmarie Avila ("Plaintiff"), on behalf of herself and all others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from the District Court's Judgment, entered in this action on April 14, 2015 [Doc. 37], which granted Defendants' Motion to Dismiss Plaintiff's First Amended Class Action Complaint, as well as, and including, the District Court's Memorandum and Order entered on April 14, 2015 [Doc. 36], which set forth the District Court's reasoning for granting the dismissal. This appeal is taken from the entirety of the Memorandum Decision and Order and Judgment and each and every aspect thereof.

Respectfully submitted this 13th Day of May, 2015.

s/ Andrew T. Thomasson
Andrew T. Thomasson, Esq.
THOMASSON LAW, LLC
101 Hudson Street, 21st Floor
Jersey City, NJ 07302-3929
Telephone: (201) 479-9969
Facsimile:  (855) 479-9969
E-Mail: andrew@thomassonllc.com

-2-

Abraham Kleinman (AK-6100)
KLEINMAN LLC
626 RXR Plaza
Uniondale, NY  11556-0626
Telephone: (516) 522-2621
Facsimile:  (888) 522-1692
E-Mail: akleinman@kleinmanllc.com

*Attorneys for Plaintiff, Annmarie Avila, and
all others similarly situated*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | x | |
| ANNMARIE AVILA, an individual; on behalf of herself and all others similarly situated, | : | CASE NO.: 1:13-cv-04349-RJD-LB |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| RIEXINGER & ASSOCIATES, LLC, a Georgia Limited Liability Company; CROWN ASSET MANAGEMENT, LLC, a Georgia Limited Liability Company; STEPHEN P. RIEXINGER, an Individually and in His Official Capacity; and, JOHN AND JANE DOES NUMBERS 1 THROUGH 25, | : | **CERTIFICATE OF SERVICE** |
| | : | |
| Defendants. | : | |
| | x | |

I, Abraham Kleinman, being duly admitted to practice law in the State of New York and the Bar of this Court, hereby affirm under the penalties of perjury that on May 13, 2015, I served the within documents and all supporting papers on the Clerk of this Court using the CM/ECF system. I also certify that the foregoing documents are being served this day on all counsel of record and Parties to this action in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/EFC or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

_s/ Abraham Kleinman_

Abraham Kleinman (AK-6100)
KLEINMAN LLC
626 RXR Plaza
Uniondale, NY  11556-0626
Telephone: (516) 522-2621
Facsimile:  (888) 522-1692
E-Mail: akleinman@kleinmanllc.com

_One of the Attorneys for Plaintiff, Annmarie Avila, and all others similarly situated_